IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIAN HERNANDEZ,

       Plaintiff,

v.                          No. CV 19-806 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

       Defendant.

## ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE

**THIS MATTER** is before the Court on Plaintiff's *Motion to Proceed in District Court without Prepaying Fees or Costs*, (Doc. 2), filed September 3, 2019. The Court, having considered the Motion, finds that it is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefore, pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE