IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIAN HERNANDEZ,

    Plaintiff,

v.                                                                                                           No. CV 19-806 CG

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

## ORDER GRANTING IN PART UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 18), filed March 9, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and should be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** Plaintiff shall file a Motion to Reverse or Remand by or before **March 31, 2020**. Defendant shall file a Response on or before **June 1, 2020**. Plaintiff may file a Reply on or before **June 15, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE