IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIAN HERNANDEZ,

        Plaintiff,

v.                                                                                         CV No. 19-806 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING IN PART MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion for an Extension of Time* (the "Motion"), (Doc. 21), filed May 28, 2020. The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **June 8, 2020**, to file his response to Plaintiff's *Motion to Reverse and Remand*, (Doc. 20), and Plaintiff shall have until **June 22, 2020**, to file a reply. No further extensions shall be granted.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE