IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIAN HERNANDEZ,

      Plaintiff,

v.                                                                      CV No. 19-806 CG

ANDREW SAUL,
Commissioner of Social
Security,

      Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Order Granting Defendant's Unopposed Motion to Reverse and Remand*, (Doc. 25), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. This case is therefore **REMANDED** to the Commissioner for further proceedings, consistent with sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE